IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

_____

| | |
|---|---|
| PAMELA PEATE, )<br><br>                 Plaintiff, )<br><br>V. )<br><br>NUBBLE POND PARTNERS d/b/a )<br>"LEE'S FAMILY TRAILER SALES )<br>& SERVICE," and MAINE FAMILY )<br>CAMPING, INC. d/b/a "LEE'S FAMILY )<br>TRAILER SALES & SERVICE," )<br>LEE'S FAMILY TRAILER )<br>ACQUISITION, L.L.C., FRHP )<br>LINCOLNSHIRE, L.L.C., CWI, INC., )<br>CAMPING WORLD RV SALES,L.L.C. )<br>and DANIEL CRAFFEY, )<br><br>                 Defendants. ) | Case No._____<br><br>COMPLAINT FOR DAMAGES<br>(1) Negligence<br>(2) Wanton Misconduct<br>(3) Punitive Damages |

_____

## **COMPLAINT AND JURY TRIAL DEMAND**

Now comes the Plaintiff, Pamela Peate, by and through her attorneys, Fales & Fales, P.A., and complains against the Defendants as follows:

### JURISDICTION AND VENUE

1. The Court has jurisdiction over this action under 28 U.S.C. § 1332(a) in that this actions is between citizens of different states and the amount in controversy exceeds the sum or value of $75,000.00 exclusive of interest and costs.

2. Venue is proper in the District of Maine pursuant to 28 U.S.C. § 1391(a) as the claims arose here.

### PARTIES

3. Plaintiff Pamela Peate is an adult and resides in the Town of Milford, County of New Haven, State of Connecticut.  She is a citizen of the State of Connecticut.

4. Defendant NUBBLE POND PARTNERS d/b/a "Lee's Family Trailer Sales and Service" is a domestic corporation duly organized and existing under and by virtue of the laws of the State of Maine.

5. Defendant MAINE FAMILY CAMPING, INC. d/b/a "Lee's Family Trailer Sales and Service" is a domestic corporation duly organized and existing under and by virtue of the laws of the State of Maine.

6. Defendant LEE'S FAMILY TRAILER ACQUISITION, L.L.C. is a domestic limited liability company organized and existing under and by virtue of the laws of the State of Maine.

7. Defendant FRHP Lincolnshire, L.L.C. is a foreign limited liability company organized and existing under and by virtue of the laws of the State of Illinois.

8. Defendant CWI, INC., is a foreign corporation organized and existing under and by virtue of the laws of the State of Kentucky.

9. Defendant CAMPING WORLD RV SALES, L.L.C., is a foreign limited liability company organized and existing under and by virtue of the laws of the State of Minnesota.

10. Defendant DANIEL CRAFFEY is an adult and a resident of the Town of Harrison, County of Cumberland, State of Maine.

## COUNT I

11. Plaintiff Pamela Peate repeats and realleges all the allegations contained in paragraphs 1 through 4 of this Complaint as if fully set forth herein.

12. Defendant NUBBLE POND PARTNERS d/b/a "Lee's Family Trailer Sales and Service" on or about June 9, 2016 owned and operated a store at 480 Roosevelt Trail in the Town of Windham, County of Cumberland, State of Maine.

13. On or about June 9, 2016, Pamela Peate was lawfully on the aforementioned premises owned, operated and maintained by Defendant NUBBLE POND PARTNERS d/b/a "Lee's Family Trailer and Service."

14. Defendant NUBBLE POND PARTNERS d/b/a "Lee's Family Trailer Sales and Service" on or about June 9, 2016 negligently maintained the parking lot it utilized for display of its recreational vehicle products in that the parking lot was poorly maintained and had multiple cracks and potholes.

15. As a result of the negligence of Defendant NUBBLE POND PARTNERS d/b/a "Lee's Family Trailer Sales and Service," Plaintiff Pamela Peate on or about June 9, 2016 fell and suffered severe personal injury, has suffered and will continue to suffer great pain of mind and body and has loss enjoyment of life, has incurred and will continue to incur medical expense, has incurred and will continue to incur a loss of income and a loss of earning capacity, and has sustained permanent impairment.

16. At all times pertinent to the Complaint, Plaintiff Pamela Peate was in the exercise of due care.

WHEREFORE, by this Count, Plaintiff Pamela Peate demands judgment against Defendant NUBBLE POND PARTNERS d/b/a "Lee's Family Trailer Sales and Service" in a sum of reasonable upon the premises, together with interest and costs, and such other relief as is just and proper.

COUNT II

17. Plaintiff Pamela Peate repeats and realleges all the allegations contained in paragraphs 11 through 14 of Count One of this Complaint as if fully set forth herein.

18. At the time of Plaintiff Pamela Peate's fall, Defendant NUBBLE POND PARTNERS d/b/a "Lee's Family Trailer Sales and Service," its agents, and employees were aware of other falls occurring in the same parking lot.

19. The poorly maintained condition of the parking lot, Defendant NUBBLE POND PARTNERS d/b/a "Lee's Family Trailer Sales and Service" knowledge of prior falls as a result of the poorly maintained condition of the parking lot, and Defendant NUBBLE POND PARTNERS d/b/a "Lee's Family Trailer Sales and Service" refusal to repair the parking lot constitutes wanton misconduct regarding Plaintiff Pamela Peate's safety.

20. As a result of the wanton misconduct of Defendant NUBBLE POND PARTNERS d/b/a "Lee's Family Trailer Sales and Service", Plaintiff Pamela Peate on or about June 9, 2016 fell and suffered severe personal injury, has suffered and will continue to suffer great pain of mind and body and has loss enjoyment of life, has incurred and will continue to incur medical expense, has incurred and will continue to incur a loss of income and a loss of earning capacity, and has sustained permanent impairment.

WHEREFORE, by this Count, Plaintiff Pamela Peate demands judgment against Defendant NUBBLE POND PARTNERS d/b/a "Lee's Family Trailer Sales and Service" in a sum of reasonable upon the premises, together with interest and costs, and such other relief as is just and proper.

COUNT III

21. Plaintiff Pamela Peate repeats and realleges all the allegations contained in paragraphs 1, 2, 3 and 5 of this Complaint as if fully set forth herein.

4

22. Defendant MAINE FAMILY CAMPING, INC. d/b/a "Lee's Family Trailer Sales and Service" on or about June 9, 2016 owned and operated a store at 480 Roosevelt Trail in the Town of Windham, County of Cumberland, State of Maine.

23. On or about June 9, 2016, Pamela Peate was lawfully on the aforementioned premises owned, operated and maintained by Defendant MAINE FAMILY CAMPING, INC., d/b/a "Lee's Family Trailer Sales and Service."

24. Defendant MAINE FAMILY CAMPING, INC., d/b/a "Lee's Family Trailer Sales and Service, Inc.," on or about June 9, 2016 negligently maintained the parking lot it utilized for display of its recreational vehicle products in that the parking lot was poorly maintained and had multiple cracks and potholes.

25. As a result of the negligence of Defendant MAINE FAMILY CAMPING, INC. d/b/a "Lee's Family Trailer Sales and Service", Plaintiff Pamela Peate on or about June 9, 2016 fell and suffered severe personal injury, has suffered and will continue to suffer great pain of mind and body and has loss enjoyment of life, has incurred and will continue to incur medical expense, has incurred and will continue to incur a loss of income and a loss of earning capacity, and has sustained permanent impairment.

26. At all times pertinent to the Complaint, Plaintiff Pamela Peate was in the exercise of due care.

WHEREFORE, by this Count, Plaintiff Pamela Peate demands judgment against Defendant MAINE FAMILY CAMPING, INC. d/b/a "Lee's Family Trailer Sales and Service" in a sum of reasonable upon the premises, together with interest and costs, and such other relief as is just and proper.

COUNT IV

27. Plaintiff Pamela Peate repeats and realleges all the allegations contained in paragraphs 21 through 24 of this Count Three of this Complaint as if fully set forth herein.

28. At the time of Plaintiff Pamela Peate's fall, Defendant MAINE FAMILY CAMPING, INC. d/b/a "Lee's Family Trailer Sales and Service," its agents, and employees were aware of other falls occurring in the same parking lot.

29. The poorly maintained condition of the parking lot, Defendant MAINE FAMILY CAMPING, INC. d/b/a "Lee's Family Trailer Sales and Service" knowledge of prior falls as a result of the poorly maintained condition of the parking lot, and Defendant MAINE FAMILY CAMPING, INC. d/b/a "Lee's Family Trailer Sales and Service" refusal to repair the parking lot constitutes wanton misconduct regarding Plaintiff Pamela Peate's safety.

30. As a result of the wanton misconduct of Defendant MAINE FAMILY CAMPING, INC. d/b/a "Lee's Family Trailer Sales and Service," Plaintiff Pamela Peate on or about June 9, 2016 fell and suffered severe personal injury, has suffered and will continue to suffer great pain of mind and body and has loss enjoyment of life, has incurred and will continue to incur medical expense, has incurred and will continue to incur a loss of income and a loss of earning capacity, and has sustained permanent impairment.

WHEREFORE, by this Count, Plaintiff Pamela Peate demands judgment against Defendant MAINE FAMILY CAMPING, INC. d/b/a "Lee's Family Trailer Sales and Service" in a sum of reasonable upon the premises, together with interest and costs, and such other relief as is just and proper.

COUNT V

31. Plaintiff Pamela Peate repeats and realleges all the allegations contained in paragraphs 1, 2, 3 and 6 of this Complaint as if fully set forth herein.

32. Defendant LEE'S FAMILY TRAILER ACQUISITION, L.L.C., on or about June 9, 2016 owned and operated a store at 480 Roosevelt Trail in the Town of Windham, County of Cumberland, State of Maine.

33. On or about June 9, 2016, Pamela Peate was lawfully on the aforementioned premises owned, operated and maintained by Defendant LEE'S FAMILY TRAILER ACQUISITION, L.L.C.

34. Defendant LEE'S FAMILY TRAILER ACQUISITION, L.L.C. on or about June 9, 2016 negligently maintained the parking lot it utilized for display of its recreational vehicle products in that the parking lot was poorly maintained and had multiple cracks and potholes.

35. As a result of the negligence of Defendant LEE'S FAMILY TRAILER ACQUISITION, L.L.C., Plaintiff Pamela Peate on or about June 9, 2016 fell and suffered severe personal injury, has suffered and will continue to suffer great pain of mind and body and has loss enjoyment of life, has incurred and will continue to incur medical expense, has incurred and will continue to incur a loss of income and a loss of earning capacity, and has sustained permanent impairment.

36. At all times pertinent to the Complaint, Plaintiff Pamela Peate was in the exercise of due care.

WHEREFORE, by this Count, Plaintiff Pamela Peate demands judgment against Defendant LEE'S FAMILY TRAILER ACQUISITION, L.L.C. in a sum of reasonable upon the premises, together with interest and costs, and such other relief as is just and proper.

COUNT VI

37. Plaintiff Pamela Peate repeats and realleges all the allegations contained in paragraphs 31 through 34 of Count Five of this Complaint as if fully set forth herein.

38. At the time of Plaintiff Pamela Peate's fall, Defendant LEE'S FAMILY TRAILER ACQUISITION, L.L.C., its agents, and employees were aware of other falls occurring in the same parking lot.

39. The poorly maintained condition of the parking lot, Defendant LEE'S FAMILY TRAILER ACQUISITION, L.L.C.'s, knowledge of prior falls as a result of the poorly maintained condition of the parking lot, and Defendant LEE'S FAMILY TRAILER ACQUISITION, L.L.C.'s refusal to repair the parking lot constitutes wanton misconduct regarding Plaintiff Pamela Peate's safety.

40. As a result of the wanton misconduct of Defendant LEE'S FAMILY TRAILER ACQUISITION, L.L.C., Plaintiff Pamela Peate on or about June 9, 2016 fell and suffered severe personal injury, has suffered and will continue to suffer great pain of mind and body and has loss enjoyment of life, has incurred and will continue to incur medical expense, has incurred and will continue to incur a loss of income and a loss of earning capacity, and has sustained permanent impairment.

WHEREFORE, by this Count, Plaintiff Pamela Peate demands judgment against Defendant LEE'S FAMILY TRAILER ACQUISITION, L.L.C. in a sum of reasonable upon the premises, together with interest and costs, and such other relief as is just and proper.

COUNT VII

41. Plaintiff Pamela Peate repeats and realleges all the allegations contained in paragraphs 1, 2, 3 and 7 of this Complaint as if fully set forth herein.

42. Defendant FRHP LINCOLNSHIRE, L.L.C., on or about June 9, 2016 owned and operated a store at 480 Roosevelt Trail in the Town of Windham, County of Cumberland, State of Maine.

43. On or about June 9, 2016, Pamela Peate was lawfully on the aforementioned premises owned, operated and maintained by Defendant FRHP LINCOLNSHIRE, L.L.C.

44. Defendant FRHP LINCOLNSHIRE , L.L.C. on or about June 9, 2016 negligently maintained the parking lot it utilized for display of its recreational vehicle products in that the parking lot was poorly maintained and had multiple cracks and potholes.

45. As a result of the negligence of Defendant FRHP LINCOLNSHIRE, L.L.C., Plaintiff Pamela Peate on or about June 9, 2016 fell and suffered severe personal injury, has suffered and will continue to suffer great pain of mind and body and has loss enjoyment of life, has incurred and will continue to incur medical expense, has incurred and will continue to incur a loss of income and a loss of earning capacity, and has sustained permanent impairment.

46. At all times pertinent to the Complaint, Plaintiff Pamela Peate was in the exercise of due care.

WHEREFORE, by this Count, Plaintiff Pamela Peate demands judgment against Defendant FRHP LINCOLNSHIRE, L.L.C. in a sum of reasonable upon the premises, together with interest and costs, and such other relief as is just and proper.

## COUNT VIII

47. Plaintiff Pamela Peate repeats and realleges all the allegations contained in paragraphs 41 through 44 of Count Seven of this Complaint as if fully set forth herein.

48. At the time of Plaintiff Pamela Peate's fall, Defendant FRHP LINCOLNSHIRE, L.L.C., its agents, and employees were aware of other falls occurring in the same parking lot.

49. The poorly maintained condition of the parking lot, Defendant FRHP LINCOLNSHIRE, L.L.C.'s, knowledge of prior falls as a result of the poorly maintained condition of the parking lot, and Defendant FRHP LINCOLNSHIRE, L.L.C.'s refusal to repair the parking lot constitutes wanton misconduct regarding Plaintiff Pamela Peate's safety.

50. As a result of the wanton misconduct of Defendant FRHP LINCOLNSHIRE, L.L.C., Plaintiff Pamela Peate on or about June 9, 2016 fell and suffered severe personal injury, has suffered and will continue to suffer great pain of mind and body and has loss enjoyment of life, has incurred and will continue to incur medical expense, has incurred and will continue to incur a loss of income and a loss of earning capacity, and has sustained permanent impairment.

WHEREFORE, by this Count, Plaintiff Pamela Peate demands judgment against Defendant FRHP LINCOLNSHIRE, L.L.C., in a sum of reasonable upon the premises, together with interest and costs, and such other relief as is just and proper.

COUNT IX

51. Plaintiff Pamela Peate repeats and realleges all the allegations contained in paragraphs 1, 2, 3 and 8 of this Complaint as if fully set forth herein.

52. Defendant CWI, INC., on or about June 9, 2016 owned and operated a store at 480 Roosevelt Trail in the Town of Windham, County of Cumberland, State of Maine.

53. On or about June 9, 2016, Pamela Peate was lawfully on the aforementioned premises owned, operated and maintained by Defendant CWI, INC.

54. Defendant CWI, INC. on or about June 9, 2016 negligently maintained the parking lot it utilized for display of its recreational vehicle products in that the parking lot was poorly maintained and had multiple cracks and potholes.

55. As a result of the negligence of Defendant CWI, INC., Plaintiff Pamela Peate on or about June 9, 2016 fell and suffered severe personal injury, has suffered and will continue to suffer great pain of mind and body and has loss enjoyment of life, has incurred and will continue to incur medical expense, has incurred and will continue to incur a loss of income and a loss of earning capacity, and has sustained permanent impairment.

56. At all times pertinent to the Complaint, Plaintiff Pamela Peate was in the exercise of due care.

WHEREFORE, by this Count, Plaintiff Pamela Peate demands judgment against Defendant CWI, INC. in a sum of reasonable upon the premises, together with interest and costs, and such other relief as is just and proper.

## COUNT X

57. Plaintiff Pamela Peate repeats and realleges all the allegations contained in paragraphs 51 through 54 of Count Nine of this Complaint as if fully set forth herein.

58. At the time of Plaintiff Pamela Peate's fall, Defendant CWI, INC., its agents, and employees were aware of other falls occurring in the same parking lot.

59. The poorly maintained condition of the parking lot, Defendant CWI, INC.'s, knowledge of prior falls as a result of the poorly maintained condition of the parking lot, and Defendant CWI, INC.'s refusal to repair the parking lot constitutes wanton misconduct regarding Plaintiff Pamela Peate's safety.

60. As a result of the wanton misconduct of Defendant CWI, INC., Plaintiff Pamela Peate on or about June 9, 2016 fell and suffered severe personal injury, has suffered and will continue to suffer great pain of mind and body and has loss enjoyment of life, has incurred and will continue to incur medical expense, has incurred and will continue to incur a loss of income and a loss of earning capacity, and has sustained permanent impairment.

WHEREFORE, by this Count, Plaintiff Pamela Peate demands judgment against Defendant CWI, INC. in a sum of reasonable upon the premises, together with interest and costs, and such other relief as is just and proper.

## COUNT XI

61. Plaintiff Pamela Peate repeats and realleges all the allegations contained in paragraphs 1, 2, 3 and 9 of this Complaint as if fully set forth herein.

62. Defendant CAMPING WORLD RV SALES, L.L.C., on or about June 9, 2016 owned and operated a store at 480 Roosevelt Trail in the Town of Windham, County of Cumberland, State of Maine.

63. On or about June 9, 2016, Pamela Peate was lawfully on the aforementioned premises owned, operated and maintained by Defendant CAMPING WORLD RV SALES, L.L.C.,

64. Defendant CAMPING WORLD RV SALES, L.L.C., on or about June 9, 2016 negligently maintained the parking lot it utilized for display of its recreational vehicle products in that the parking lot was poorly maintained and had multiple cracks and potholes.

65. As a result of the negligence of Defendant CAMPING WORLD RV SALES, L.L.C., Plaintiff Pamela Peate on or about June 9, 2016 fell and suffered severe personal injury,

has suffered and will continue to suffer great pain of mind and body and has loss enjoyment of life, has incurred and will continue to incur medical expense, has incurred and will continue to incur a loss of income and a loss of earning capacity, and has sustained permanent impairment.

66. At all times pertinent to the Complaint, Plaintiff Pamela Peate was in the exercise of due care.

WHEREFORE, by this Count, Plaintiff Pamela Peate demands judgment against Defendant CAMPING WORLD RV SALES, L.L.C., in a sum of reasonable upon the premises, together with interest and costs, and such other relief as is just and proper.

COUNT XII

67. Plaintiff Pamela Peate repeats and realleges all the allegations contained in paragraphs 61 through 64 of Count Nine of this Complaint as if fully set forth herein.

68. At the time of Plaintiff Pamela Peate's fall, Defendant CAMPING WORLD RV SALES, L.L.C., its agents, and employees were aware of other falls occurring in the same parking lot.

69. The poorly maintained condition of the parking lot, Defendant CAMPING WORLD RV SALES, L.L.C.'s, knowledge of prior falls as a result of the poorly maintained condition of the parking lot, and Defendant CAMPING WORLD RV SALES, L.L.C.,'s refusal to repair the parking lot constitutes wanton misconduct regarding Plaintiff Pamela Peate's safety.

70. As a result of the wanton misconduct of Defendant CAMPING WORLD RV SALES, L.L.C., Plaintiff Pamela Peate on or about June 9, 2016 fell and suffered severe personal injury, has suffered and will continue to suffer great pain of mind and body and has loss

enjoyment of life, has incurred and will continue to incur medical expense, has incurred and will continue to incur a loss of income and a loss of earning capacity, and has sustained permanent impairment.

WHEREFORE, by this Count, Plaintiff Pamela Peate demands judgment against Defendant CAMPING WORLD RV SALES, L.L.C., in a sum of reasonable upon the premises, together with interest and costs, and such other relief as is just and proper.

## COUNT XIII

71. Plaintiff Pamela Peate repeats and realleges all the allegations contained in paragraphs 1, 2, 3 and 10 of this Complaint as if fully set forth herein.

72. Defendant DANIEL CRAFFEY d/b/a "Lee's Family Trailer Sales and Service," on or about June 9, 2016 owned the property located at 480 Roosevelt Trail in the Town of Windham, County of Cumberland, State of Maine.

73. On or about June 9, 2016, Pamela Peate was lawfully on the aforementioned premises owned, operated and maintained by Defendant DANIEL CRAFFEY d/b/a "Lee's Family Trailer Sales and Service."

74. Defendant DANIEL CRAFFEY d/b/a "Lee's Family Trailer Sales and Service," on or about June 9, 2016 negligently maintained the parking lot it utilized for display of its recreational vehicle products in that the parking lot was poorly maintained and had multiple cracks and potholes.

75. As a result of the negligence of Defendant DANIEL CRAFFEY d/b/a "Lee's Family Trailer Sales and Service," Plaintiff Pamela Peate on or about June 9, 2016 fell and suffered severe personal injury, has suffered and will continue to suffer great pain of mind and body and has loss enjoyment of life, has incurred and will continue to incur

medical expense, has incurred and will continue to incur a loss of income and a loss of

earning capacity, and has sustained permanent impairment.

76. At all times pertinent to the Complaint, Plaintiff Pamela Peate was in the exercise of due

care.

WHEREFORE, by this Count, Plaintiff Pamela Peate demands judgment against Defendant

DANIEL CRAFFEY d/b/a "Lee's Family Trailer Sales and Service,"in a sum of reasonable upon

the premises, together with interest and costs, and such other relief as is just and proper.

## COUNT XIV

77. Plaintiff Pamela Peate repeats and realleges all the allegations contained in paragraphs 71

through 74 of Count Nine of this Complaint as if fully set forth herein.

78. At the time of Plaintiff Pamela Peate's fall, Defendant DANIEL CRAFFEY d/b/a "Lee's

Family Trailer Sales and Service," its agents, and employees were aware of other falls

occurring in the same parking lot.

79. The poorly maintained condition of the parking lot, the knowledge of Defendant

DANIEL CRAFFEY d/b/a "Lee's Family Trailer Sales and Service" of prior falls as a

result of the poorly maintained condition of the parking lot, and the refusal of the

Defendant DANIEL CRAFFEY d/b/a "Lee's Family Trailer Sales and Service" to repair

the parking lot constitutes wanton misconduct regarding Plaintiff Pamela Peate's safety.

80. As a result of the wanton misconduct of Defendant DANIEL CRAFFEY d/b/a "Lee's

Family Trailer Sales and Service," Plaintiff Pamela Peate on or about June 9, 2016 fell

and suffered severe personal injury, has suffered and will continue to suffer great pain of

mind and body and has loss enjoyment of life, has incurred and will continue to incur

medical expense, has incurred and will continue to incur a loss of income and a loss of

earning capacity, and has sustained permanent impairment.

WHEREFORE, by this Count, Plaintiff Pamela Peate demands judgment against Defendant

DANIEL CRAFFEY d/b/a "Lee's Family Trailer Sales and Service," in a sum of reasonable

upon the premises, together with interest and costs, and such other relief as is just and proper.

JURY TRIAL DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff hereby demands a

trial by jury.

Dated at Lewiston, Maine this 7th day of June, 2022.


/s/ Anthony K. Ferguson
Anthony K. Ferguson, Esq.
FALES & FALES, P.A.
192 Lisbon Street
P.O. Box 889
Lewiston, Maine 04243-0889
(207) 786-0606
aferguson@faleslaw.com


Richard L. Grant, Esq. (*pro hac vice forthcoming*)
Law Offices of Richard L. Grant, PLLC
211 Greenwood Avenue 2-2
Unit 202
Bethel, CT 06801
Tel (203)482-1899
Fax (203)778-8075
rgrant@rgrant-law.com


*Attorneys for Plaintiff*